1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11

VELVET L. J. K.,[1]

12
                                        Plaintiff,

13
                  v.

14

KILOLO KIJAKAZI,
15
Acting Commissioner of Social Security,

16
                                        Defendant.

17

Case No. 5:23-cv-00054-MAR

JUDGMENT

18        It is the judgment of this Court that the final decision of the Commissioner of

19   the Social Security Administration is **REVERSED**, and the action is **REMANDED**

20   for further proceedings consistent with the Memorandum and Order.

21

22   DATED:  August 04, 2023

23

24                                         _____
                                          MARGO A. ROCCONI
25                                         UNITED STATES MAGISTRATE JUDGE

26

27   _____
     [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
28   recommendation of the Committee on Court Administration and Case Management of the Judicial
     Conference of the United States.